# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5124**                         **September Term, 2024**

**1:24-cv-00878-ACR**

**Filed On:** January 3, 2025

Adaeze Nwosu,

      Appellant

    v.

Dabney L. Friedrich, Judge and Michelle
Grady,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Childs, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  Upon consideration of the foregoing and the motion to waive joint appendix, it is

**ORDERED** that the motion to waive joint appendix be granted.  It is

**FURTHER ORDERED AND ADJUDGED** that the district court's dismissal of this case be affirmed.  The district court correctly dismissed appellant's claims sua sponte because "it is 'patently obvious' that [she] cannot possibly prevail based on the facts alleged in the complaint."  Rollins v. Wackenhut Servs., Inc., 703 F.3d 122, 127 (D.C. Cir. 2012) (quoting Baker v. Dir., U.S. Parole Comm'n, 916 F.2d 725, 727 (D.C. Cir. 1990) (per curiam)).  Even accepting that appellant sued defendants in their personal capacities, defendants possessed judicial immunity with respect to appellant's damages claims.  See Sindram v. Suda, 986 F.2d 1459, 1460–61 (D.C. Cir. 1993) (per curiam).  And appellant forfeited any claims for equitable relief by not arguing for those claims on

appeal.  See Spence v. United States Dep't of Veterans Affs., 109 F.4th 531, 539 n.4 (D.C. Cir. 2024).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk